UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-107 |
| | ) | |
| RUDOLPH GOSYNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties have filed a Notice of Settlement with the Court. Doc. 26. However, that notice indicates that the parties will not be in a position to dismiss this case until after July 15, 2021 when all payments have been completed. *Id.* Accordingly, the parties are **DIRECTED** to file a stipulated dismissal no later than July 20, 2021 or provide a report as to the status of the settlement. The Clerk of Court is **DIRECTED** to stay this case until July 20, 2021.

**SO ORDERED,** this 8th day of March, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA